UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERALDINE LYON                          :        3:01cv00521(JCH)
                                        :
v.                                      :
                                        :
VIRGINIA JONES, ET AL.                  :        USCA NO.

## INDEX TO THE RECORD ON APPEAL

### DOCUMENT NUMBER

Certified Cop of Docket Sheet                                           1

Complaint, filed 4/2/01 (Doc. #1)                                       2

Motion to Dismiss, filed 6/14/01 (Doc. #8)                             3

Memorandum in Support of Motion to Dismiss, filed 6/14/01 (Doc. #9)    4

Memorandum in Opposition to Motion to Dismiss, filed 7/02/01 (Doc. #11) 5

Ruling Granting Motion to Dismiss, filed 10/15/01 (Doc. #15)           6

Motion to File Amended Complaint, filed 11/16/01 (Doc. #16)            7

Amended Complaint, filed 01/02/02 (Doc. #23)                           8

Motion to Dismiss Amended Complaint, filed 2/12/02 (Doc. #24)          9

Memorandum in Support of Motion to Dismiss, filed 2/12/02 (Doc. #25)   10

Memorandum in Opposition to Motion to Dismiss, filed 3/04/02 (Doc. #29) 11

Second Amended Complaint, filed 5/28/02 (Doc. #31)                     12

Motion for Summary Judgment, filed 9/27/02 (Doc. #35)                  13

Memorandum in Support of Summary Judgment, filed 9/27/02 (Doc. #36)    14

Statement of Material Facts Not In Dispute, filed 9/27/02 (Doc. #37)    15

Memorandum Opposing Summary Judgment, filed 11/15/02 (Doc. #39)    16

Affidavit in Opposition to Summary Judgment, filed 11/15/02 (Doc. #40)    17

Plaintiff's Statement of Facts, filed 11/15/02, filed 11/15/02 (Doc. #41)    18

Ruling Granting Summary Judgment, filed 4/23/03 (Doc. #42)    19

Judgment for Defendants, filed 4/24/03 (Doc. #43)    20

Motion for Reconsideration, filed 5/05/03 (Doc. #44)    21

Memorandum in Support of Reconsideration, filed 5/05/03 (Doc. #45)    22

Statement of Material Facts, filed 5/05/03 (Doc. #46)    23

Affidavit of Plaintiff, filed 5/05/03 (Doc. #47)    24

Ruling Denying Reconsideration, filed 5/15/03 (Doc. # 48)    25

Notice of Appeal, filed 6/16/03 (Doc. #51)    26

Clerk's Certificate    27

THE APPELLANT

By _____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm St., Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494 (fax)

## CERTIFICATION

The foregoing was mailed, first-class postage pre-paid this 13th day of November 2003 to Edward Osswalt, Attorney General's Office, 55 Elm St., P.O. Box 120, Hartford, CT 06141-0120.

_____
NORMAN A. PATTIS