

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALDINE LYON, | CIVIL NO. 3:01CV0521(JCH) |
| Plaintiff, | |
| v. | |
| VIRGINIA JONES, ET AL. | |
| Defendants. | JUNE 2, 2003 |

## MOTION FOR COSTS

Judgment in this matter was entered on April 24, 2003. Plaintiff requested reconsideration on May 5, 2003. Plaintiff's request for reconsideration was denied by the Court on May 14, 2003. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that:

(a) the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

(b) the $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendants as partial satisfaction of the above.

Costs are DENIED WITHOUT PREJUDICE to renewal after the District Court judgment becomes final, pursuant to Local Rule 54(a).

KEVIN F. ROWE, Clerk
By _____
Deputy-in-Charge

1