## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDINE LYON, | : | CIVIL NO. 3:01CV0521(JCH) |
| Plaintiff, | : | |
| v. | : | |
| VIRGINIA JONES, ET AL. | : | |
| Defendants. | : | |
| | : | April  5, 2004 |

### DEFENDANTS' RENEWED MOTION FOR COSTS

Judgment in this matter was entered on April 24, 2003.  Plaintiff requested reconsideration on May 5, 2003.  Plaintiff's request for reconsideration was denied by the Court on May 14, 2003.  Plaintiff filed a timely appeal to the United States Court of Appeals for the Second Circuit on June 16, 2003 (Doc. # 51).  The Second Circuit appeal, Docket No. 03-7671, was fully briefed by both parties and oral argument was heard on March 23, 2004.   The Second Circuit affirmed the District Court's ruling on March 31, 2004. (Copy attached).  The defendants filed previously for costs on June 3, 2003 (Doc. # 49).  Costs were denied without prejudice to renewal (Doc. # 53, January 20, 2004) after the District Court judgment became final.

Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully renew their motion for costs and request that:

2

      a.      the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

      b.      the $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendants as partial satisfaction of the above.

DEFENDANTS
VIRGINIA JONES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Sharon A. Scully
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Federal Bar: #ct06643

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___ day of April, 2004, a true and accurate copy of the foregoing Motion for Costs with Exhibits A and B attached was sent by United States Mail, first class postage prepaid, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06511

                                                                                                                                      _____
                                                                                                                                     Sharon A. Scully
                                                                                                                                     Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                                    :
GERALDINE LYON,                    :    CIVIL NO. 3:01CV0521(JCH)
                                                    :
    Plaintiff,                            :
                                                    :
v.                                                 :
                                                    :
VIRGINIA JONES, ET AL.         :
                                                    :
    Defendants.                        :
_____ :    April 5, 2004

**BILL OF COSTS**

1. Fee of the Court Reporter ................................................$596.40
    Deposition of Geraldine Lyon
        April 25, 2002 – bill attached

2. Fee of the Court Reporter
    Deposition of Edward Reynolds
        April 26, 2002 – bill attached ……………..…..115.50

3. Fee of the Court Reporter
    Deposition of Virginia Jones
        April 26, 2002 – bill attached ……………..…..147.00

4. Fee of the Court Reporter
    Deposition of Geraldine Lyon
        May 3, 2002 - bill attached …………………….556.90

5. Fee of the Court Reporter
    Deposition of Edward Reynolds
        June 4, 2002 …………………………………..<u>79.95</u>

    **TOTAL**                                           **$1,495.75**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

_____  :
                                      :
GERALDINE LYON,                       :    CIVIL NO. 3:01CV0521(JCH)
                                      :
        Plaintiff,                    :
                                      :
v.                                    :
                                      :
VIRGINIA JONES, ET AL.                :
                                      :
        Defendants.                   :
_____  :    April 5, 2004

**CERTIFICATION**

I, Sharon A. Scully, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, and/or the motion for summary judgment filed in this case.

                                            _____
                                            Sharon A. Scully
                                            Assistant Attorney General


        Subscribed and sworn to before me by the above affiant on this the _____ day of April, 2004.

                                            _____
                                            Commissioner of the Superior Court/
                                            Notary Public
                                            Commission Expires _____