UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDINE LYON | : | Case No. 3:01CV0521(JCH) |
| *Plaintiff* | : | |
| v. | : | Judge Janet C. Hall |
| | : | |
| Virginia Jones, et al. | : | Notice of Manual Filing |
| | | |
| *Defendants* | : | April 5, 2004 |

Please take notice that the Defendants, Virginia Jones and Edward Reynolds, have manually filed the following document or thing:

Copy of Second Circuit Summary Order in Docket No. 03-7671 and copies of invoices in support of Renewed Motion for Costs.

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Sharon A. Scully
Sharon A. Scully
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5250
Fax: (860) 808-5386
E-mail: Sharon.Scully@po.state.ct.us
Federal Bar # ct06643