Case 3:01-cv-00521-JCH    Document 55    Filed 04/28/2004    Page 1 of 3

MANDATE

CTDC / NHCT
01-cv-521
HALL

FILED
Apr 28  2 49 PM '04
U.S. ...

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 31st day of March, two thousand four.

Present:    HON. ROBERT A. KATZMANN,
            HON. RICHARD C. WESLEY,
                        *Circuit Judges*, and

            HON. MILTON POLLACK,*
                        *District Judge*.

GERALDINE D. LYON,

            *Plaintiff-Appellant*,

                        - v -                                    No. 03-7671

VIRGINIA JONES, EDWARD REYNOLDS, OFFICE OF THE ATTORNEY GENERAL

            *Defendants-Appellees*.

Appearing For Plaintiff-Appellant:      NORMAN A. PATTIS, New Haven, CT

Appearing For Defendant-Appellee:       EDWARD F. OSSWALT, Assistant Attorney
                                        General, for Richard Blumenthal, Attorney General,
                                        Hartford, CT

---

* The Honorable Milton Pollack, of the United States District Court for the Southern District of New York, sitting by designation.

ISSUED AS MANDATE: 4/21/04

Appeal from the United States District Court for the District of Connecticut (Hall, *J.*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be and hereby is **AFFIRMED**.

Plaintiff appeals the district court's order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment for the defendant. This Court reviews <u>de novo</u> a district court's granting of summary judgment. <u>Anderson v. Rochester-Genesee Regional Transp. Auth.</u>, 337 F.3d 201, 206 (2d Cir. 2003). Summary judgment is appropriate only if it can be established that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. <u>Fed.R.Civ.P. 56(c)</u>. For the reasons that follow, we affirm the decision of the district court.

Familiarity with the facts of this case is assumed. Briefly, the plaintiff alleges that the Office of the Attorney General subjected her to a hostile work environment and failed to promote her on the basis of sex in violation of Title VII and that defendants Jones and Reynolds maliciously and arbitrarily discriminated against her, thereby denying her equal protection of the law. In an order dated April 23, 2003, the U.S. District Court for the District of Connecticut (Hall, J.) granted the defendants' motion for summary judgment. The district court found that the plaintiff's failure to promote claim was time-barred and that the incidents of harassment alleged by the plaintiff did not rise to the level sufficient to constitute a hostile work environment.

Neither in the brief nor at oral argument has counsel for plaintiff presented this Court with any evidence that there is a question of fact at issue in this case. Nor has counsel for plaintiff suggested to this Court any plausible grounds for reversing the well-reasoned opinion of

the district court.

    For the foregoing reasons, the judgment of the district court is **AFFIRMED**.

FOR THE COURT:
ROSEANN B. MacKECHNIE, CLERK
By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Tammy Martin*
DEPUTY CLERK