# UNITED STATES COURT OF A[ ] [ ]ALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK   10007



ROSEANN B.  MACKECHNIE
CLERK

Date:               3/31/04

Docket Number:      **03-7671-cv**
Short Title:        Lyon v. Jones
DC Docket Number:   01-cv-521
DC:                 DISTRICT OF CONNECTICUT (NE
DC Judge:           Honorable Janet Hall

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for _____ **Defendants-Appellees** _____

respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the

_____ **Plaintiff-Appellant** _____

and in favor of _____

for insertion in the mandate.

Docketing Action          _____

Costs of printing appendix (necessary copies _____ )          _____

Costs of printing brief (necessary copies ___ 20 _____ )          $160.00

Costs of printing reply brief (necessary copies _____ )          _____

**(VERIFICATION HERE)**
I, Edward F. Osswalt, am the Assistant Attorney
General who wrote the Appellee's brief in this case.
I have personal knowledge that Brescia's Printing
Services, Inc., did do the work of printing this
brief and legitimately charged a total of $160.00 to
the State of Connecticut for these services.

Signature

        Subscribed and sworn to before me on this
5th of April, 2004.

Leonard Auster
Notary Public

**LEONARD AUSTER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2009



*E.F.O*

Brescia's Printing Services, Inc.
66 Conn Blvd.
E. Hartford, CT 06108
Phone: 860-528-4254
Toll Free: 800-842-0008
Fax: 860-289-7130
www.brescias.com

# Invoice

No.   **4539**

06-1188287   Brescia's Tax ID#

Edward F. Osswalt - Asst. Atty. General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Date 12/29/03

Customer P.O. No.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 20 | NY 2nd  03-7671  Lyon v. Jones  BRIEF FILED  12.22.03  complete service copy/file/ mail  (40 pages @ $4.00) | 160.00 |
| 1 | Express Mail to NY 2nd | 30.40 |
| 1 | First Class Postage Opp. Cnsl. | 3.95 |

| | | | |
|---|---|---|---|
| Taken by: Matt | Wanted: Mon 12/22 | SUBTOTAL | 194.35 |
| Account Type: Charge | NY 2nd  03-7671  Lyon v. Jones  BRIEF FILED  12.22 | | |
| Please call us if you have any questions. | | TAX | |
| Thank you! | *Briefs Rec'd, OK. For Payment* *Edward F. Osswalt, AAG, 12/30/03* | SHIPPING | |
| | | TOTAL | 194.35 |

## **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Itemized and Verified Bill of Costs in Docket No. 03-7671 in the United States Court of Appeals for the Second Circuit was mailed this 5th day of April, 2004, first class mail, postage prepaid, to all counsel and/or pro se parties.

Norman Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Edward F. Osswalt
Assistant Attorney General