UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERALDINE LYON

      v.                                                          3:01CV521 JCH

VIRGINIA JONES, et al

RULING ON RENEWED BILL OF COSTS

      On April 24, 2003, judgment entered for the defendants after a ruling entered granting defendants' motion for summary judgment. Plaintiff filed a motion for reconsideration of the ruling and on May 15, 2003, the motion for reconsideration was denied. On June 3, 2003, the defendants submitted a Bill of Costs and the plaintiff filed an objection on June 12, 2003. An appeal was filed on June 16, 2003, and the defendant's bill of costs was denied without prejudice until the judgment became final. On April 28, 2004, a Mandate from the U.S. Court of Appeals for the Second Circuit was filed affirming the judgment. On April 5, 2004, the defendants renewed their motion for costs and no objection was filed. The matter is now ripe for decision and for the reasons stated below, defendants' bill of costs is granted in part and denied in part.

      A. FEES FOR COURT REPORTER: Defendants are entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209, 217 ($7^{th}$Cir., 1975). Condensed, ASCII disk, expedited or daily transcripts are

1

also not recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii), therefore, the defendants' claims for court reporter's fees are allowed as follows:

1.  The defendants submit a claim for the deposition transcripts of Geraldine Lyon in the amount of $596.40 for Volume I and $556.90 for Volume II.  These transcripts were used in support of the successful summary judgment motion and are allowed, but are reduced to $570.00 for Volume I and $532.50 for Volume II, which is the cost of an original and one copy at the prevailing page rate of $3.75 per page together with the attendance fee.  Total: $1,102.50.

2.  The defendants submit a claim for the deposition transcripts of Edward Reynolds in the amount of $115.50 for Volume I and $79.95 for Volume II.  These transcripts were used in support of the successful summary judgment motion and are allowed.  Total: $195.45.

3.  The defendants submit a claim for the deposition transcript of Virginia Jones in the amount of $147.00.  This transcript was used in support of the successful summary judgment motion and is allowed.  Total: $147.00.

Costs are awarded in the amount of **$1,444.95**.

B. SUMMARY: For the reasons previously stated, the defendants' bill of costs are allowed as follows:

| | |
|---|---|
| Fees of the Court Reporter | $1,444.95 |
| Total | $1,444.95 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the

presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 7th day of May, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By    /s/Chrystine W. Cody
                                                      Deputy-in-Charge