# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALDINE LYON, | CIVIL NO. 3:01CV0521(JCH) |
| Plaintiff, | |
| v. | |
| VIRGINIA JONES, ET AL. | |
| Defendants. | |
| | April 5, 2004 |

## DEFENDANTS' RENEWED MOTION FOR COSTS

Judgment in this matter was entered on April 24, 2003. Plaintiff requested reconsideration on May 5, 2003. Plaintiff's request for reconsideration was denied by the Court on May 14, 2003. Plaintiff filed a timely appeal to the United States Court of Appeals for the Second Circuit on June 16, 2003 (Doc. # 51). The Second Circuit appeal, Docket No. 03-7671, was fully briefed by both parties and oral argument was heard on March 23, 2004. The Second Circuit affirmed the District Court's ruling on March 31, 2004. (Copy attached). The defendants filed previously for costs on June 3, 2003 (Doc. # 49). Costs were denied without prejudice to renewal (Doc. # 53, January 20, 2004) after the District Court judgment became final.

Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully renew their motion for costs and request that:

1

[Handwritten annotations in margin: "# 54" ; "Motion granted. Consistent with Clerk's ruling on Bill of Costs of $600, Security posted for plaintiff is to be forfeited to defendants in partial payment of these costs. So Ordered, [signature] 5/7/04"]