UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 12 P 2: 08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| GERALDINE LYON, | : | CIVIL NO. 3:01CV0521(JCH) |
| *Plaintiff* | : | |
| | : | |
| VIRGINIA JONES, ET AL., | : | |
| *Defendant* | : | May 11, 2004 |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter in addition to the appearance of Assistant Attorney General Sharon A. Scully already on file.

Dated at Hartford, Connecticut this 11th day of May, 2004.

DEFENDANTS
VIRGINIA JONES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. Ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1㐅 day of May, 2004, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Edward F. Osswalt
Assistant Attorney General

2