**FILED**

UNITED STATES DISTRICT COURT  2004 MAY 12  P 12: 08
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GERALDINE LYON, *Plaintiff,* | : CIVIL ACTION<br>: 3:01CV0521(JCH)<br>: |
| v. | : |
| VIRGINIA JONES, ET AL. *Defendants* | :<br>: May 11, 2004 |

## MOTION FOR ORDER FORFEITING BOND

COMES NOW the defendants and request that the Court issue an order, pursuant to its ruling on May 7, 2004 (Doc. # 57), that plaintiff forfeit its posted bond as partial payment for costs assessed against the plaintiff in the above-captioned matter. The defendant represents as follows:

1. The defendants filed a motion for security for costs on June 14, 2001. (Doc. # 10)

2. Defendants motion for security for costs was granted by the court on June 18, 2001. (Endorsement 10-1)

3. The plaintiff posted a bond with the Court on July 10, 2001 (Doc. # 12).

4. The defendants filed summary judgment on September 27, 2002 (Doc. # 35).

5. Honorable United States District Court Judge Janet C. Hall granted defendants' summary judgment on April 23, 2003 (Doc. # 42) and Judgment was entered for the defendants on April 24, 2003 (Doc. # 43).

6. The plaintiff filed for reconsideration (Doc. # 44) which was denied by the Court on May 15, 2003 (Doc. # 48).

7. The plaintiff filed an appeal to the United States Second Circuit Court of Appeals on June 16, 2003 (Doc. # 51). Said appeal was heard and the District Court's ruling was affirmed, and a mandate issued on April 21, 2004 (Doc. # 55).

8. The defendants, as prevailing party, renewed their Motion for Costs on April 25, 2004 (Doc. # 54).

7. The Court granted Defendants' unopposed Motion for Costs on May 7, 2004 (Doc. # 57) in the amount of $1,444.95.

8. The defendants therefore move for the forfeiture of the bond posted by the plaintiff as partial satisfaction for the costs assessed.

**WHEREFORE**, the defendants respectfully request the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct payment to the Office of the Attorney General as partial satisfaction for the costs assessed.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct 15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Order Forfeiting Bond was mailed, U.S. mail first class postage prepaid, this 11 day of May, 2004 to all counsel of record:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Edward F. Osswalt
Assistant Attorney General